Order Filed on November 14, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) |
| Russell L. Low, Esq. – RLL 4745<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor |
| In Re<br><br>**YAFA A. GOLDMAN**<br><br>Debtor(s) |

Case No. 16-34271

Chapter 13

Judge: The Honorable Stacey L. Meisel

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: November 14, 2017

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $500.00 for services rendered and expenses in the amount of $0.00 for a total of $500.00. The allowance is payable:

   _X_   through the Chapter 13 plan as an administrative priority.

   ___   outside the plan.

` The debtor's monthly plan is modified to require a payment of $171.00 per month for 26 months starting November 1, 2017 to allow for payment of the above fee.