**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Yafa A. Goldman<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx−xx−5654<br>EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16−34271−SLM | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Yafa A. Goldman
aka Akim Goldman

2/10/20

**By the court:** <u>Stacey L. Meisel</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                       Case No. 16-34271-SLM
Yafa A. Goldman                                                              Chapter 13
       Debtor                       CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Feb 10, 2020
                               Form ID: 3180W               Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2020.
db             +Yafa A. Goldman,    100 Old Plaisade Road, A2205,    Fort Lee, NJ 07024-7064
516562095      +BLMDSNB,   9111 DUKE BLVD,    MASON, OH 45040-8999
516732497      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
516731067      +C.O.D. Capital Corp,    2050 N. Stemmons Frwy,   Mail Unit 216,    Dallas, TX 75207-3206
518660188      +COD Capital Corp.,    2050 N Stemmons Frwy, Mail Unit 216,    Dallas, TX 75207-3217
516562097       Cach of New Jersey, LLC,    4430 South Monaco Street,   Denver, CO 80237
516562100       Coldwell Banker Reales,    3000 Leadenhall Road,   Mount Laurel, NJ 08054
516562105      +Englewood Hospital & Medical Center,     PO Box 48304,   Newark, NJ 07101-8504
516562106      +Englewood Radiologic GRP,    PO Box 809,   Berwick, PA 18603-0809
516562107      +FIRST DATA,    265 BROAD HOLLOW R,   MELVILLE, NY 11747-4833
516562110      +GC Service Limited Partnership,    PO Box 32500,   Columbus, OH 43232-0500
516562104      +Joseph Disilvio, DDS,    625 Palisades Avenue,   Englewood Cliffs, NJ 07632-1805
516562111     #+Mariner Bank,    2465 S Broad Street Unit F-6,    Trenton, NJ 08610-4700
516562116      +Sterling Payment Technologies,    Attn: Commerical Services Group Inc.,
                 2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
516639218      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516562096      +Victoria M. Brown,    342 Grand Avenue,   Englewood, NJ 07631-4355

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 10 2020 23:55:23     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 10 2020 23:55:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516562090      +EDI: AMEREXPR.COM Feb 11 2020 04:28:00      AMEX,   PO BOX 297871,
                 FORT LAUDERDALE, FL 33329-7871
516562089      +EDI: GMACFS.COM Feb 11 2020 04:28:00      Ally,   PO Box 380902,    Minneapolis, MN 55438-0902
516607346       EDI: BECKLEE.COM Feb 11 2020 04:28:00      American Express Bank, FSB,     c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern  PA 19355-0701
516656096       EDI: BECKLEE.COM Feb 11 2020 04:28:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516762574       EDI: AIS.COM Feb 11 2020 04:28:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
516562093       EDI: BANKAMER.COM Feb 11 2020 04:28:00      BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998
516562098      +EDI: CAPITALONE.COM Feb 11 2020 04:28:00      CAPITAL ONE,    PO BOX 30253,
                 SALT LAKE CITY, UT 84130-0253
516562099      +EDI: CAPITALONE.COM Feb 11 2020 04:28:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516562102       E-mail/PDF: DellBKNotifications@resurgent.com Feb 11 2020 00:01:54      DFS/WEBBANK,
                 1 DELL WAY,    ROUND ROCK, TX 78682
516562121       E-mail/PDF: DellBKNotifications@resurgent.com Feb 11 2020 00:02:32      WEBBANK/DFS,
                 1 DELL WAY,    ROUND ROCK, TX 78682
516562103      +EDI: DISCOVER.COM Feb 11 2020 04:28:00      DISCOVER FIN SVCS LLC,    PO BOX 15316,
                 WILMINGTON, DE 19850-5316
516570542       EDI: DISCOVER.COM Feb 11 2020 04:28:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
516562108      +EDI: AMINFOFP.COM Feb 11 2020 04:28:00      FIRST PREMIER BANK,    601 S MINNESOTA AVE,
                 SIOUX FALLS, SD 57104-4868
516568402       EDI: AIS.COM Feb 11 2020 04:28:00      First Data Global Leasing,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
516562109      +E-mail/Text: fggbanko@fgny.com Feb 10 2020 23:54:32     Forster Garbus & Garbus, Esq.,
                 7 Banta Place,   Hackensack, NJ 07601-5604
516562113      +EDI: TSYS2.COM Feb 11 2020 04:28:00      MCYDSNB,   9111 DUKE BLVD,    MASON, OH 45040-8999
516562114       EDI: PRA.COM Feb 11 2020 04:28:00      Portfolio Recovery,    Attn.: Bankruptcy,    PO Box 41067,
                 Norfolk, VA 23541
516793199       EDI: PRA.COM Feb 11 2020 04:28:00      Portfolio Recovery Associates, LLC,
                 C/O capital One Bank (usa), N.a.,    POB 41067,   Norfolk VA 23541
516562115      +E-mail/Text: bankruptcy@savit.com Feb 10 2020 23:56:05     SA-VIT COLLECTION AGEN,
                 46 W FERRIS ST,    EAST BRUNSWICK, NJ 08816-2159
516562117       EDI: TFSR.COM Feb 11 2020 04:28:00      TOYOTA MOTOR CREDIT,    4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054
516562122      +EDI: WFFC.COM Feb 11 2020 04:28:00      WFDS/WDS,   PO BOX 1697,    WINTERVILLE, NC 28590-1697
                                                                                                TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516562101       COM SERV GRP
516562091*     +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
516562092*     +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
516562094*    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998)
516562112*     +Mariner Bank,   2465 S Broad Street Unit F-6,    Trenton, NJ 08610-4700
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Feb 10, 2020
                              Form ID: 3180W           Total Noticed: 39


             ***** BYPASSED RECIPIENTS (continued) *****
516562118*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   TOYOTA MOTOR CREDIT CO,    4 GATEHALL DR STE 350,
                   PARSIPPANY, NJ 07054)
516562119*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   TOYOTA MOTOR CREDIT CO,    4 GATEHALL DR STE 350,
                   PARSIPPANY, NJ 07054)
516562120*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   TOYOTA MOTOR CREDIT CO,    4 GATEHALL DR STE 350,
                   PARSIPPANY, NJ 07054)
                                                                                  TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2020 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Yafa A. Goldman ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```